

**Entered on Docket
January 20, 2011**

_Bruce A. Markell_
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| In re: | Case No.: 10-30897-BAM<br>Chapter: 13 |
| JILL WHITTLE | |
|     Debtor. | [PROPOSED] ORDER ON MOTION TO MODIFY OR TERMINATE THE AUTMATIC STAY UNDER 11 USC § 362 TO PERMIT SECURED CREDITOR APPLE BLOSSOM ARBITRAGE, LLC TO RECOVER REAL PROPERTY |
| APPLE BLOSSOM ARBITRAGE, LLC. | |
|           Movant, | Hearing Date: January 4, 2011<br>Hearing Time: 1:30 p.m. |
| -vs- | |
| JILL WHITTLE, KATHLEEN A. LEAVITT, CHAPTER 13 TRUSTEE, | |
|         Respondents | |

The motion of Movant Apple Blossom Arbitrage, LLC ("Movant") to obtain relief from the automatic stay pursuant to 11 USC §362, as to the real property commonly known as 646 Paloma Drive, Boulder City, Nevada 89005 (A.P.N. #186-10-117-016), came on for regularly scheduled hearing on January 4, 2011.

Jonathan B. Goldsmith, Esq. of Rosenfeld & Rinato filed opposition to the motion on behalf of the Debtor Jill Whittle, and moved for sanctions by way of countermotion against the Movant, and appeared at the hearing on this motion.

Upon due deliberation and good cause appearing;

ORDERED, the motion for relief from the automatic stay by Movant Apple Blossom Arbitrage, LLC is granted as to 646 Paloma Drive, Boulder City, Nevada 89005 (A.P.N. #186-10-117-016) for the reasons stated on the record pursuant to Bankruptcy Rule 7052 and incorporated herein.

ORDERED, the motion for sanctions is denied without prejudice for the reasons stated on the record pursuant to Bankruptcy Rule 7052 and incorporated herein.

## ALTERNATIVE METHOD RE: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

___ I certify that this case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014 (g), and that no party has objected to the form or content of the order:

                    APPROVED          DISAPPROVED          NO RESPONSE

Jonathan B. Goldsmith, Esq.
ROSENFELD & RINATO
jgoldsmith@lawrosen.com

I declare under penalty of perjury that the foregoing is true and correct

/s/ Edgar C. Smith_____
An Employee of the Law Office of Edgar C. Smith

x x x